UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>   Plaintiff,<br><br>   v.<br><br>P. SAHOTA, et al.,<br><br>   Defendants. | No.  2:13-cv-1841-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This case was closed on May 21, 2014, and judgment was duly entered.  ECF Nos. 10, 11.  After filing a notice of appeal, ECF No. 12, plaintiff filed a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, ECF No. 14.  The motion is denied.  When a Rule 60(b) motion is filed in the district court after a notice of appeal has been filed, the district court lacks jurisdiction to entertain the motion.  *Katzir Floor & Home Designs, Inc. v. M- MLS.com*, 394 F.3d 1143, 1148 (9th Cir. 2004).

Accordingly, the court lacks jurisdiction to grant the relief request in the motion and the Clerk shall terminate docket entry number 14.

So ordered.

DATED:  July 10, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE