UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. SAHOTA, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-1841-JAM-EFB P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On July 6, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 6, 2020, are adopted in full;

2. Plaintiff's motion for relief from judgment (ECF Nos. 19 & 23) is granted and the Clerk is directed to vacate the May 21, 2014 order (ECF No. 10) and judgment (ECF No. 11) and reopen the case;

3. Plaintiff's application to proceed in forma pauperis (ECF No. 3) is denied; and

4. Plaintiff is ordered to pay the $400 filing fee within fourteen days from the date of service of this order and is warned that failure to do so will result in the dismissal of this action.

DATED: September 8, 2020

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE