1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARVIN GLENN HOLLIS,                          No.  2:13-cv-1841-JAM-JDP P

12                    Plaintiff,

13          v.                                     ORDER

14   P. SAHOTA, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 9, 2020, the Court denied plaintiff's application for leave to proceed in

21   forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C.

22   § 1915(g) and granted plaintiff fourteen days within which to pay the $400 filing fee for this

23   action.  ECF No. 13.  Plaintiff was warned that failure to pay the filing fee within fourteen days

24   would result in dismissal of this action.  *Id.*  Plaintiff has not paid the fee and the allotted time has

25   passed.

26          Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

27   Dated: October 5, 2020

28
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE