UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>Plaintiff,<br><br>v.<br><br>P. SAHOTA, et al.,<br><br>Defendants. | No.  2:13-cv-1841-JAM-JDP P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 9, 2020, the Court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted plaintiff fourteen days within which to pay the $400 filing fee for this action. ECF No. 13.  Plaintiff was warned that failure to pay the filing fee within fourteen days would result in dismissal of this action.  *Id.*  Plaintiff has not paid the fee and the allotted time has passed.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: October 13, 2020                            /s/ John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
                                                                    UNITED STATES DISTRICT COURT JUDGE

1