UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLENN HOLLIS,<br><br>Plaintiff,<br><br>v.<br><br>P. SAHOTA, et al.,<br><br>Defendants. | No. 2:13-cv-01841-JAM-JDP (PC)<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 9, 2020, the Court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikers litigant within the meaning of 28 U.S.C. § 1915(g). ECF No. 13. Plaintiff was granted fourteen days in which to pay the $400 filing fee for this action and warned that failure to timely submit the fee would result in dismissal of this action. *Id*. On October 14, 2020, after plaintiff failed to timely pay the filing fee, the Court dismissed this action and entered judgment accordingly. ECF Nos. 35 & 36. Shortly thereafter, plaintiff filed a motion for reconsideration of the order dismissing the case and a request for an extension of time to pay the filing fee. ECF Nos. 37 & 38. Those motions were granted, the case was reopened, and plaintiff was granted 75 days in which to pay the required filing fee. ECF No.

1

39. Plaintiff subsequently filed a motion for a 60-day extension of time to submit the required filing fee. ECF No. 40. The assigned magistrate granted that motion and directed plaintiff to submit the $400 filing by April 23, 2021.

The allotted time has passed, and plaintiff has not paid the filing fee. Accordingly, it is hereby ORDERED that this action is dismissed.

DATED: May 20, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE